UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | NO. 4:12CR 00267 KGB |
|---|---|
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | 21 U.S.C. § 841(a)(1) and 841(b)(1)(D) |
| v. | 18 U.S.C. § 924(c)(1) |
| | 18 U.S.C. § 3013 |
| | 18 U.S.C. § 3571 |
| MICHAEL LAYTON | 18 U.S.C. § 3583 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 3 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

That on or about February 29, 2012, in the Eastern District of Arkansas,

MICHAEL LAYTON

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | COURT | DOCKET | OFFENSE |
|---|---|---|---|
| 10/02/2009 | Pulaski Co. Circuit Court | CR2009-001909 | Possession of Cocaine |

did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson .357 Magnum revolver, serial number CEP7167, thereby violating Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

That on or about February 29, 2012, in the Eastern District of Arkansas,

MICHAEL LAYTON

knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 21.7 grams of a mixture and substance containing a detectable amount of

1

marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

That on or about February 29, 2012, in the Eastern District of Arkansas,

## MICHAEL LAYTON

knowingly possessed a firearm, specifically, a Smith & Wesson .357 Magnum revolver, serial number CEP7167 in furtherance of the drug trafficking offense referenced in Count 2 of this indictment, all in violation of Title 18, United States Code, Section 924(c)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)