PROB 12C
ED/AR (12/2012)

# United States District Court

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 4 2017

### for the

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### Eastern District of Arkansas

## SUPERSEDING PETITION
### (Replacing previously filed petition, Docket Entry 23)

Name of Offender:  Michael Layton          Case Number:  4:12CR00267-001 *KGB*

Name of Sentencing Judicial Officer:   Honorable Kristine G. Baker
United States District Judge

Original Offense:  Felon in Possession of a Firearm

Date of Sentence:  November 21, 2013

Original Sentence:  30 months Bureau of Prisons followed by 36 months supervised release

| | | |
|---|---|---|
| Type of Supervision:  Supervised Release | Date Supervision Commenced:  December 31, 2015 | |
| | Date Supervision Expires:  December 30, 2018 | |

| | | |
|---|---|---|
| Drug and Alcohol Treatment Specialist:  Bryce D. Geiggar | Asst. U.S. Attorney:  Allison Bragg | Defense Attorney:  To be appointed |

---

## PETITIONING THE COURT

☐   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒   The Petition (Docket Entry 23) is denied as moot and superseded by this Petition
☒   To Issue a Summons
☐   Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | General | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 2 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** On January 7, 2016, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana. Mr. Layton signed an admission form citing use of marijuana on an unknown date. |

Prob 12C                                        - 2 -                                 Superseding Petition

Name of Offender:  Michael Layton                               Case Number:  4:12CR00267-001

On January 28, 2016, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana. An interpretation of results performed by Alere Toxicology determined these test results were not due to residual elimination.

On March 9, 2016, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana. Mr. Layton signed an admission form citing use of marijuana on an unknown date.

On May 16, 2016, Mr. Layton violated these conditions of supervised release when sweat patch results confirmed positive for the use of cocaine and phencyclidine. The sweat patch was applied on April 26, 2016, and removed on May 6, 2016.

On June 9, 2016, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana.

On June 22, 2016, Mr. Layton violated these conditions of supervised release when sweat patch results confirmed positive for the use of cocaine. The sweat patch was applied on June 9, 2016, and removed on June 17, 2016. Furthermore, Mr. Layton signed an admission form citing use of marijuana the week prior to testing.

On November 16, 2016, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana. Mr. Layton signed an admission form citing use of marijuana on an unknown date.

On May 30 and July 20, 2017, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed to be diluted.

On July 11, 2017, Mr. Layton violated these conditions of supervised release when he submitted a urine specimen confirmed positive for marijuana.

On July 20 and August 17, 2017, Mr. Layton violated this condition of supervised release when he submitted urine specimens confirmed to be diluted.

| 3 | Special | **Mr. Layton shall participate under the guidance and supervision of the probation officers, in substance abuse treatment programs which may include testing, outpatient counseling, and residential treatment. Further, Mr. Layton shall abstain from the use of alcohol throughout the course of treatment.** |

On January 12, March 7, 30, April 25, July 8, September 7, and November 9

Prob 12C                                    - 3 -                         Superseding Petition

Name of Offender:  Michael Layton                        Case Number:  4:12CR00267-001

and 28, 2016; and February 17, 28, and March 27, 2017, Mr. Layton violated this
condition of supervised release when he failed to report for scheduled drug
testing at the U.S. Probation Office.

On February 27, March 13, 27, and April 10 and 17, 2017, Mr. Layton violated
this condition of supervised release when he failed to report for counseling
sessions as directed at Recovery Centers of Arkansas.

On April 24, 2017, Mr. Layton violated this condition of supervised release when
he was discharged from the chemical-free living program at Recovery Centers of
Arkansas as a program failure due to multiple rule violations.

On August 15, 2017, Mr. Layton violated this condition of supervised release
when he failed to provide a urine specimen after reporting for a scheduled drug
test at the U.S. Probation Office. Mr. Layton's inability to produce a urine
specimen in a reasonable amount of time was considered a stall.

**4**          **General**          **The defendant shall not commit another federal, state, or local crime.**
On July 22, 2016, Mr. Layton violated this condition of supervised release when
he punched a female victim in the face repeatedly with a closed fist as evidenced
by his arrest on October 5, 2016, for Assault 2nd Degree, as documented by the
North Little Rock, Arkansas, Police Department's incident report no.
20160599982. On January 4, 2017, Mr. Layton was convicted of violation of
Assault 2nd Degree in Case No. CR-16-8459 in the North Little Rock, Arkansas,
District Court. Mr. Layton was sentenced to six months of probation, community
service, and $1,140 fines and court costs.

Bryce D. Geiggar
Drug and Alcohol Treatment Specialist

Executed on   September 13, 2017

Allison W. Bragg
Assistant U.S. Attorney

Executed on   9/14/17

Approved by:

_____
Supervising U.S. Probation Officer

Prob 12C                              - 4 -                    Superseding Petition

Name of Offender:  Michael Layton                    Case Number:  4:12CR00267-001


THE COURT ORDERS:
☐     To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☑     The Petition (Docket Entry 23) is denied as moot and superseded by this Petition
☐     To Issue a Summons
☐     No Action
☐     Other


_Kristine G. Baker_
Honorable Kristine G. Baker
United States District Judge

_September 14, 2017_
Date